**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY ~ 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00627-BNB

PAUL ROBERT LOPEZ,

Applicant,

v.

SUSAN JONES, Warden of C.S.P., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On May 2, 2008, Applicant filed a request for an evidentiary hearing and for appointment of counsel (Doc. No. 11). He also filed a request to expand the record and for discovery (Doc. No. 10). All requests are DENIED as premature.

Dated: May 5, 2008

---

Copies of this Minute Order mailed on May 5, 2008, to the following:

Paul R. Lopez
Prisoner No. 135750
CSP - Unit A1-25
PO Box 777
Cañon City, CO 81215- 0777

_____
Secretary/Deputy Clerk