IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00627-BNB

PAUL ROBERT LOPEZ,

Applicant,

v.

SUSAN JONES, Warden of C.S.P., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On May 6, 2008, Applicant filed a request to add Minnequa Community Corrections as a party to the action (Doc. No. 14). The request is DENIED as inappropriate.

Dated: May 7, 2008

Copies of this Minute Order mailed on May 7, 2008, to the following:

Paul Robert Lopez
Reg. No. 135750
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

_____
Secretary/Deputy Clerk